No. 91–542. WRIGHT, WARDEN, ET AL. v. WEST. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pau-

*peris* granted.    Certiorari granted.